1  LOUIS H. CASTORIA (State Bar No. 95768)
   Email: Louis.Castoria@WilsonElser.com
2  DANIEL J. MARSH (State Bar No. 284948)
   Email: Daniel.Marsh@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
7  Attorneys for Defendant,
   SOUTHWEST CREDIT SYSTEMS L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURESH BAZAJ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff(s),<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS L.P.,<br><br>Defendant. | Case No.: C-14-0670 JSW<br><br>**DECLARATION OF JEFFREY HAZZARD IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** October 3, 2014<br>**Time:** 9:00 AM<br>**Location:** Courtroom 5<br><br>**Judge:** Hon. Jeffrey S. White |

# DECLARATION OF JEFFREY HAZZARD

I, Jeffrey Hazzard, declare as follows:

1. My name is Jeff Hazzard. I am the Chief Information Officer for Southwest Credit Systems, L.P. I am over the age of eighteen (18) years, have never been convicted of a felony or a misdemeanor of moral turpitude and am fully competent and qualified to make this Affidavit. I have personal knowledge of all of the facts set forth in this Affidavit and all facts and statements contained herein are true and correct of my own personal knowledge.

2. Southwest Credit Systems, L.P. is a debt collection agency located in Carrollton, Texas. Southwest Credit Systems, L.P. collects consumer debts for clients.

3. I am custodian of records maintained at Southwest Credit Systems, L.P. relative to its telephone system technology

4. Southwest Credit Systems, L.P. does not use an automated telephone dialing system ("ATDS") as defined by the TCPA.

5. The telephone system Southwest Credit Systems, L.P. uses does not employ equipment that has the *capacity* to store or produce telephone numbers to be called using a random or sequential number generator.

6. Further, it does not employ a random or sequential number generator.

7. In addition, the telephone system Southwest Credit Systems, L.P. uses to call cell phones does not employ an artificial or prerecorded voice.

I declare under of penalty of perjury pursuant to federal and California state law, that the foregoing is true and correct.

Executed on June 27, 2014, in Carrollton, Texas.

By: _____
JEFFREY HAZZARD

2

DECLARATION OF JEFFREY HAZZARD IN SUPPORT OF SOUTHWEST CREDIT'S MOTION FOR SUMMARY JUDGMENT

1232250V.1