# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SURESH BAZAJ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHWEST CREDIT SYSTEMS L.P.,**<br><br>Defendant. | **Case No.:** CV-14-0670 JSW<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE ORDER EXTENDING THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff SURESH BAZAJ moved for an Administrative Order extending Plaintiff's deadline to respond to Defendant SOUTHWEST CREDIT SYSTEMS L.P.'s Motion for Summary Judgment. After having considered the moving papers, opposition, reply, and oral arguments submitted hereto, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's opposition shall be filed by no later than August 6, 2014. Defendant's reply, if any, shall be filed by no later than August 13, 2014.

**IT IS SO ORDERED.**

Dated: ___July 30, 2014___

_____
HON. JEFFREY S. WHITE