UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SURESH BAZAJ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.<br><br>　　　　Defendant.<br>_____/ | No. C 14-670 JSW<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　December 18, 2014<br>Mediator:　J. Daniel Sharp |

　　　IT IS HEREBY ORDERED that the requests to excuse plaintiff, defendant and defense counsel from appearing in person at the December 18, 2014, mediation before J. Daniel Sharp are GRANTED. The excused parties shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f), and shall make arrangements with the mediator's office for their telephonic appearances.

　　　IT IS SO ORDERED.

December 12, 2014　　　　By:　　　_____
Dated　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge