SEAN P. FLYNN, ESQ.
sflynn@gordonrees.com

# GORDON & REES LLP

ATTORNEYS AT LAW
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

March 18, 2015

**VIA ECF FILING**

Hon. Joseph C. Spero
Chief Magistrate Judge
U.S.D.C. Northern District
450 Golden Gate Avenue
Courtroom G - 15th Floor
San Francisco, CA 94102

Re:   *Suresh Bazaj v. Southwest Credit Systems, L.P.*,
      Case No.: 4:14-cv-00670 JSW-SP
      Joint Discovery Dispute Letter

To the Honorable Joseph C. Spero,

On March 18, 2015, lead trial counsel for Plaintiff, Matt Loker, and Defendant, Sean Flynn, meet and conferred in person regarding their respective Discovery Dispute issues. Not all of the issues were able to be resolved. Pursuant to the Court's Orders, the Joint Discovery Letter is due to be filed within 5 calendar days, or Monday, March 23, 2015 in this case.

Plaintiff's Counsel has agreed, however, to provide initial responses and production of documents on or before this Friday, March 20, 2015. Based on these initial responses and production of documents, some of the issues may not need to be addressed in the Joint Letter. Thus, the Parties Jointly request that the deadline to file the Joint Discovery Letter be continued to Friday, March 27, 2015.

Respectfully submitted,

*s/ Sean P. Flynn*                                *s/ Matthew M. Loker*

Sean P. Flynn, Esq.                               Matthew M. Loker, Esq.

IT IS SO ORDERED
Judge Joseph C. Spero

Dated: 3/24/15

1096872/22838762v.2

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ OREGON ♦ WASHINGTON
NEW JERSEY ♦ FLORIDA ♦ GEORGIA ♦ CONNECTICUT ♦ MISSOURI ♦ WASHINGTON, DC ♦ PENNSYLVANIA ♦ NORTH CAROLINA