1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

10  | SURESH BAZAJ,
11  | INDIVIDUALLY AND ON
    | BEHALF OF ALL OTHERS
12  | SIMILARLY SITUATED,

13  |         Plaintiff,

14  |         v.

15  | SOUTHWEST CREDIT
    | SYSTEMS, L.P.,
16
17  |         Defendant.

**Case No.:** 14-cv-670 JSW

[~~PROPOSED~~] **ORDER VACATING
DATES PURSUANT TO NOTICE OF
SETTLEMENT, ECF NO. 69**

**HON. JEFFREY S. WHITE**

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Based upon Plaintiff's Notice of Settlement, and good cause, this Court hereby orders all pending dates and filing requirements to be vacated. In addition, the Parties are also ordered to file a Joint Dismissal of this Action on or before June 7, 2015.

**IT IS SO ORDERED**.

Date: April 7 , 2015

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, 245 Fischer Avenue, Suite D1, Costa Mesa, CA 92626. On April 7, 2015, I served the herein described document(s):

**[PROPOSED] ORDER VACATING DATES PURSUANT TO NOTICE OF SETTLEMENT, ECF NO. 69**

☐   FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐   PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

> **Sean P. Flynn, Esq.**
> **GORDON & REES LLP**
> **2211 Michelson Drive, Suite 400**
> **Irvine, CA 92612**
> **e-mail: sflynn@gordonrees.com**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct. Executed on April 7, 2015, at Costa Mesa, California.

____/s/ Matthew M. Loker____
MATTHEW M. LOKER

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

PROOF OF SERVICE