1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   SURESH BAZAJ,
10          Plaintiff,                              No. C 14-00670 JSW
11   v.
12   SOUTHWEST CREDIT SYSTEMS L.P.,        **ORDER TO SHOW CAUSE**
13          Defendant.
                                          /
14

15          On April 7, 2015, based upon Plaintiff's Notice of Settlement, the Court vacated all

16   pending deadlines and ordered the parties to file a joint dismissal of this action by no later than

17   June 7, 2015.  This deadline has passed and the parties failed to file a joint notice of dismissal.

18   Therefore, the Court HEREBY ORDERS the parties to show cause ("OSC") why the deadlines

19   in this action should not be reset.  The parties shall file a joint response to this OSC in writing

20   by no later than June 19, 2015.  The filing of a joint dismissal of this action before June 19,

21   2015 would obviate the need to respond to this OSC.

22          **IT IS SO ORDERED.**

23

24   Dated: June 10, 2015                          _____

25                                                 JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE
26

27

28

*United States District Court*
For the Northern District of California