IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURESH BAZAJ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTHWEST CREDIT SYSTEMS L.P.,<br><br>　　　　Defendant.<br>_____/ | No. C 14-00670 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The Court has received the parties' joint status report. The Court HEREBY DISCHARGES the Order to Show Cause and extends the deadline to file the joint dismissal until June 29, 2015.

**IT IS SO ORDERED.**

Dated: June 10, 2015

　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE