# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SURESH BAZAJ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | **Case No.:** 14-cv-670 JSW |
| Plaintiff, | **[PROPOSED] ORDER RE: DISMISSAL** |
| v. | **HON. JEFFREY S. WHITE** |
| **SOUTHWEST CREDIT SYSTEMS, L.P.,** | |
| Defendant. | |

Based upon the Parties' Joint Stipulation, and good cause, the Court hereby Orders Plaintiff dismissed with prejudice; and, the putative class members dismissed without prejudice. Each party shall bear their own costs.

**IT IS SO ORDERED.**

Dated: June 30, 2015 _____

_____

Hon. Jeffrey S. White
United States District Court Judge